JOSEPH MORKEL, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, November 29, 1934.

*Tanner, Sillcocks & Friend,* for the appellant.

*R. John Urevich,* for the respondent.

PER CURIAM. We think the provision against assignment of the policy was plain and unambiguous, and must be enforced as written. (*Sacks* v. *Neptune Meter Co.,* 144 Misc. 70; affd., 238 App. Div. 82; *Heffernan* v. *Prudential Insurance Co.,* 88 Misc. 93.)

Judgment and order reversed, with ten dollars costs to appellant to abide the event, and motion denied.

All concur. Present — LYDON, HAMMER and SHIENTAG, JJ.